**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6160**

———————

DAVID MOULTRIE,

                              Plaintiff - Appellant,

          versus

JOSEPH BLACK, Associate Warden of Lieber Cor-
rectional Institution,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-97-1426-6-13-AK)

———————

Submitted:  May 28, 1998          Decided:  June 10, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David Moultrie, Appellant Pro Se.  Christy Scott Stephens, BOGOSLOW
& JONES, Walterboro, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Moultrie filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders. See Fed. R. App. P. 4(a)(1). The only exceptions to the appeal period are when the district court extends the time to appeal under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered its order on December 12, 1997; Moultrie's notice of appeal was filed on January 27, 1998, which is beyond the thirty-day appeal period. Moultrie's failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of Moultrie's appeal. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2